Charles P. Boylston, SBN 204955
Amber S. Jones, SBN 317786
**The Law Offices of Charles P. Boylston, APC**
41955 Fourth Street, Suite 300
Temecula, CA 92590
Phone -         (909) 825-9276
cboylston@boylstonlaw.com
ajones@boylstonlaw.com

Attorneys for Plaintiff, Nicole Miller

DANIEL H. HANDMAN (SBN 236345)
dhandman@hkemploymentlaw.com
**HIRSCHFELD KRAEMER LLP**
233 Wilshire Boulevard, Suite 600
Santa Monica, CA 90401
Telephone: (310) 255-0705
Facsimile: (310) 255-0986

JESSE D. SUTZ (SBN 338412)
jsutz@hkemploymentlaw.com
**HIRSCHFELD KRAEMER LLP**
456 Montgomery Street, Suite 2200
San Francisco, CA 94104
Telephone: (415) 835-9000
Facsimile: (415) 834-0443
Attorneys for Defendants
INTERNATIONAL LINE BUILDERS, INC., and
MDU CONSTRUCTION SERVICES GROUP, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICOLE MILLER,<br><br>PLAINTIFF,<br><br>vs.<br><br>INTERNATIONAL LINE BUILDERS, INC., MDU CONSTRUCTION SERVICES GROUP, INC., AND DOES 1 THROUGH 30,<br><br>DEFENDANTS. | CASE NO.: 5:22-CV-01423-SSS-SHK<br><br>[Removal from Superior Court of California, County of Riverside, Case No. CVRI2200316]<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>*[Proposed Order filed concurrently]*<br><br>[Local Rules 7-1 and 52-4.1] |

1   IT IS HEREBY STIPULATED, by and between Plaintiff NICOLE MILLER and Defendants INTERNATIONAL LINE BUILDERS, INC., and MDU CONSTRUCTION SERVICES GROUP, INC., by and through their respective attorneys of record, that the above-captioned action be dismissed in its entirety with prejudice, in consideration of a negotiated settlement by the parties.

**IT IS SO STIPULATED.**

Dated: February 10, 2023          The Law Offices of Charles P. Boylston, APC

                                   /s/ Amber S. Jones
                                  Charles P. Boylston, Esq.,
                                  Amber S. Jones, Esq.
                                  Attorneys for PLAINTIFF, Nicole Miller

Dated: February 10, 2023          Hirschfeld Kraemer LLP

                                   /s/ Jesse D. Sutz
                                  Daniel H. Handman, Esq.
                                  Jesse D. Sutz, Esq.
                                  Attorneys for DEFENDANTS, International Line Builders, Inc., and MDU Construction Services Group, Inc.

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4 (a)(2)(i), I certify that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 10, 2023

                                            /s/ Amber S. Jones
                                            Amber S. Jones, Esq.