JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE MILLER,<br><br>       PLAINTIFF,<br><br>  vs.<br><br>INTERNATIONAL LINE BUILDERS, INC., MDU CONSTRUCTION SERVICES GROUP, INC., AND DOES 1 THROUGH 30,<br><br>       DEFENDANTS. | CASE NO.: 5:22-CV-01423-SSS-SHKx<br><br>[Removal from Superior Court of California, County of Riverside, Case No. CVRI2200316]<br><br>**ORDER RE: DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**Hon. Sunshine S. Sykes** |

Having reviewed the parties' Joint Stipulation for Dismissal of Action with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby ordered that this entire action is dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated:  February 13, 2023

By: _____
HON. SUNSHINE S. SYKES
United States District Judge